ALBERT E. BROWN, Respondent, v. STEAMSHIP TERMINAL OPERATING CORPORATION et al., Appellants.

(Argued January 2, 1935; decided January 8, 1935.)

*Robert L. Callahan* for motion to dismiss appeal and in opposition to appellant's motion.

*Paul Austin Crouch* for motion to vacate dismissal of appeal and in opposition to motion to dismiss appeal.

Motion to vacate order dismissing appeal granted upon condition that the return is filed within ten days and that

appellant pay ten dollars costs; otherwise, motion denied, with ten dollars costs.

Motion to dismiss appeal taken by permission of the Appellate Division granted and appeal dismissed, with costs and ten dollars costs of motion.